195 So. 904

CITY OF MOBILE et al. v. J. E. GRAHAM

1 Div. 95.

Supreme Court of Alabama.
March 19, 1940.

S. P. Gaillard, Jr., of Mobile, for appellants.

Kenneth E. Henderson, of Mobile, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant, without prejudice.

193 So. 881

Berry Hill COOPER v. STATE.

8 Div. 13.

Supreme Court of Alabama.
Jan. 18, 1940.

Henry D. Jones, of Florence, and Wm. Stell, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed on motion of Attorney General; appellant a fugitive.

195 So. 904

Walter FARLEY v. STATE.

8 Div. 42.

Supreme Court of Alabama.
April 4, 1940.

Thos. C. Pettus, of Moulton, for petition.

Thos. S. Lawson, Atty. Gen., opposed.

GARDNER, Justice.

Petition of Walter Farley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Farley v. State, 195 So. 907.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

195 So. 905

FARMERS COTTON OIL & TRADING CO. et al. v. E. T. GILMER.

2 Div. 154.

Supreme Court of Alabama.
March 19, 1940.

PER CURIAM.

Appeal dismissed on motion of appellants.